Case 5:17-cv-00109   Document 10   Filed on 10/30/17 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 30, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br> as Broadcast Licensee of the June 7, 2014 <br> Miguel Cotto v. Sergio Martinez WBC Middleweight <br> Championship Fight Program, <br><br> Plaintiff, <br><br> v. <br><br> 1) LAREDO DISTRICT COMPANY L.L.C., <br> individually, and d/b/a DISTRICT a/k/a DISTRICT <br> RESTAURANT; <br> 2) AUROA BUENTELLO a/k/a AURORA <br> BUENTELLO, individually, and d/b/a DISTRICT <br> a/k/a DISTRICT RESTAURANT; and <br> 3) LUIS BUENTELLO, individually, and d/b/a <br> DISTRICT a/k/a DISTRICT RESTAURANT <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 5:17-cv-00109 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") and Defendants 1) Laredo District Company L.L.C., individually, and d/b/a District a/k/a District Restaurant; 2) Auroa Buentello a/k/a Aurora Buentello, individually, and d/b/a District a/k/a District Restaurant; and 3) Luis Buentello, individually, and d/b/a District a/k/a District Restaurant (collectively "Defendants") announced to the Court that this case is settled. Plaintiff and Defendants also announced to the Court that they agree to dismiss their claims with prejudice to re-filing of same, and that each party will bear their own costs.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendants as well as any claims that Defendants could have brought against Plaintiff, are dismissed with prejudice.

IT IS FURTHER ORDERED that all costs of court shall be borne by the party incurring same.

As the Court intends for this *Agreed Order of Dismissal With Prejudice* to be a final judgment, any relief not expressly granted herein is hereby DENIED.

SIGNED: __October 30__, 2017    _____
MARINA GARCIA MARMOLEJO
United States District Judge

AGREED TO:

By: _____
David M. Diaz
Attorney-in-charge
State Bar No. 24012528
Southern District Bar No. 889588
ddiaz@kbdtexas.com
Andrew R. Korn
Of Counsel
State Bar No. 11683150
Southern District Bar No. 13801
akorn@kbdtexas.com

THE KORN DIAZ FIRM
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Facsimile

ATTORNEYS FOR PLAINTIFF

By: _____
Auroa Buentello a/k/a Aurora
Buentello, individually and as
President of Laredo District
Company L.L.C.
121 Lynn Loop
Laredo, TX 70045

By: _____
Luis Buentello, individually
121 Lynn Loop
Laredo, TX 70045
luisbuentello74@yahoo.com
(956) 319-8913 – Telephone

DEFENDANTS, *pro se*